**United States District Court**
For the Northern District of California

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

9

10  In re.                                  No. C 05-2012 and 05-2713 SBA

11  COURTSIDE VILLAGE, LLC., a California
limited liability company,           **ORDER**

12

13           Debtor.

14  ———————————————————————

15  CHARLES E. SIMS, TRUSTEE IN
BANKRUPTCY,

16           Plaintiff,

17      vs.

18  ALAN STRACHAN, et al.,

19           Defendants.

———————————————————————

20

21      This matter comes before the Court on Plaintiff's Motion to Continue Reference to the Bankruptcy

22  Court ("Motion to Continue Reference") filed on June 8, 2005 [Docket No. 4 in Case No. 05-2012].  That

23  motion is currently scheduled to be heard on September 13, 2005.  On May 16, 2005, Defendants Alan

24  Strachan, Michael Smith, and Smith & Winters LLC filed a Joint Motion to Withdraw Reference to the

25  Bankruptcy Court ("Joint Motion to Withdraw Reference") [Docket No. 1 in Case No. 05-2012].  On July

26  1, 2005, Defendant Strachan filed a Petition for Writ of Mandamus from Order of Bankruptcy Court

27  Striking the Jury Demand of Petitioner ("Petition for Writ") [Docket No. 1 in Case No. 05-2713].  On

28  August 17, 2005 Defendant Strachan filed a Motion to Stay Adversary Proceedings in Bankruptcy Court

**United States District Court**
For the Northern District of California

1 ("Motion to Stay") [Docket No. 12 in Case No. 05-2012.]  Defendants' Joint Motion to Withdraw

2 Reference, Defendant Strachan's Motion to Stay and Defendant Strachan's Petition for Writ are currently

3 scheduled to be heard by this Court on October 25, 2005 at 1:00 p.m.

4 　　　Good cause appearing,

5 　　　IT IS HEREBY ORDERED THAT Plaintiff's Motion to Continue Reference currently scheduled

6 for hearing on September 13, 2005, at 1:00 p.m. is CONTINUED to **October 25, 2005 at 1:00 p.m.**  All

7 other pretrial and trial deadlines, including briefing schedules, shall remain the same.

8 　　　IT IS FURTHER ORDERED THAT the Case Management Conference currently set for

9 September 15, 2005 at 3:15 p.m. is CONTINUED to **October 25, 2005 at 1:00 p.m.**, immediately

10 following the hearing on the above-referenced matters.

11

12 　　　IT IS SO ORDERED.

13

14

15

16 Dated: 9-13-05 　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
17 　　　　　　　　　　　　　　　　United States District Judge

2