UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES E. SIMS, Chapter 7 Trustee, | ) ) | No. C 05-2012 SBA |
| Plaintiff, | ) ) | ORDER DISMISSING ACTION |
| vs. | ) ) | |
| ALAN STRACHAN, et al., | ) ) | |
| Defendants. | ) ) | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within four months (120 days) of the date of this order. All scheduled dates are VACATED.

IT IS SO ORDERED.

DATED: 10/27/05

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge